UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00239 |
| | ) | JUDGE CAMPBELL |
| MATTHEW ROYCE MEAD | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Early Termination Of Supervised Release (Docket No. 40). The Government shall file a response to the Motion on or before April 18, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE